CHAUNCEY BELKNAP, as Assignee of HENRIETTA SARGENT LOWELL, Executrix, etc., of GUY LOWELL, Deceased, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.